57D01-2202-CT-000008
Noble Superior Court 1

Filed: 2/23/2022 4:07 PM
Cler
Noble County, Indian

USDC IN/ND case 1:22-cv-00096-HAB-SLC   document 6   filed 02/23/22   page 1 of 3

| STATE OF INDIANA | ) | IN THE NOBLE SUPERIOR COURT |
| --- | --- | --- |
| COUNTY OF NOBLE | ) SS: ) | CAUSE NO._____ |

| MITCHELL S. ARTECKI, | ) |
| --- | --- |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| QUICK TANKS, INC. | ) ) |
| Defendant. | ) ) |

## COMPLAINT

Plaintiff alleges against Defendant that:

1. The Plaintiff is Mitchell S. Artecki who signed and filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") on or about May 10, 2021, a copy of which is attached hereto and made in part hereof as Exhibit A.

2. The EEOC issued a Notice of Right to Sue on or about November 26, 2021, (Exhibit B, attached hereto made here a part hereof), and this Complaint has been filed within 90 days after receipt thereof.

3. Defendant is Quick Tanks, Inc, a corporation authorized to do business in the State of Indiana and which does so at 545 N. Krueger St., Kendallville, IN 46755. Defendant's Registered Agent is William J. Taylor, 545 N. Krueger, Kendallville, IN 46755.

4. Plaintiff contends that he was discriminated against on account of his sex (male) in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C.§ 2000e *et seq* (Title VII) for the reasons and upon the grounds set forth in the Charge of Discrimination No. 470-2021-02291, attached as Exhibit A, made a part hereof and incorporated herein.

Plaintiff contends that he was a victim of a hostile work environment and was harassed because of his sex, male. Plaintiff reported the harassment (which included threats from male co-employees), and after reporting the harassment, Plaintiff was disciplined and then falsely accused of causing an unsafe work environment and was immediately thereafter terminated out of retaliation for opposing the harassment and complaining about the harassment to his employer.

5. As a direct and proximate result of the discrimination and harassment because of his sex (male), and as a result of complaining to his employer about it and opposing sexual harassment in the work place, Plaintiff was fired and lost his job and job-related benefits including income and other pecuniary damages.

6. Complainant experienced mental anguish, emotional distress, humiliation, embarrassment, inconvenience, financial distress, and other damages and injuries for which he seeks compensatory damages.

7. Defendant acted intentionally and in reckless disregard of Plaintiff's federally protected civil rights warranting an imposition of punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant for compensatory damages, pecuniary damages, punitive damages, reasonably attorney's fees and cost, for all other just and proper relief under Title VII.

**JURY DEMAND**

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by

jury in this action.

        Respectfully submitted,

        **MYERS SMITH WALLACE, LLP**

        */s/Christopher C. Myers*
        Christopher C. Myers, #10043-02
        809 South Calhoun Street, Suite 400
        Fort Wayne, IN 46802
        Telephone:  (260) 424-0600
        Facsimile:  (260) 424-0712
        E-mail:  cmyers@myers-law.com
        *Counsel for Plaintiff*